AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Gerald Alexander Russell<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-8365-WM |

FILED by _____ D.C.

SEP 1 2 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 7, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | an alien, having previously been removed and deported from the United States on July 27, 2012, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Immigration and Customs Enforcement Homeland Security Investigations Jon Longo

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE Special Agent Jon Longo
Printed name and title

Sworn to before me and signed in my presence.

Date: ~~09/11/2012~~
09-12-2012

_____
Judge's signature

City and state: West Palm Beach, Florida

U.S. Magistrate Judge William Matthewman
Printed name and title

## AFFIDAVIT
## Case No. 12-8365-WM

Your affiant, Jon A. Longo, first being duly sworn, does hereby depose and state as follows:

1.   Your Affiant is employed as a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), has been so employed since February 2006. Your Affiant is currently assigned to the Office of the Assistant Special Agent in Charge in West Palm Beach, Florida.

2.   As a Special Agent of Homeland Security Investigations, your Affiant, Jon A. Longo, has received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial.

3.   Your Affiant, Special Agent Jon A. Longo, is familiar with the facts and circumstances surrounding this investigation as set forth herein, both from his own investigative efforts and from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to charge.

4.   On September 7, 2012, United States Customs Border Protection (CBP), Office of Air Marine (OAM) Interdiction Agents interdicted a small, Angler Boat Corporation, center console, open fishermen vessel bearing Florida registration number FL5965ME approximately nine nautical miles east of Jupiter, Florida. The vessel had

been identified as traveling west bound from the Bahamas by a CBP OAM aircraft. Upon interdiction, Agents identified four individuals aboard the vessel, three were United States Citizens and one was a Bahamian national. The United States Citizens advised they were en route back to Jupiter, Florida, which your affiant is aware is located in Palm Beach County, Southern District of Florida.

5. The Bahamian national was identified as Gerald Alexander RUSSELL (DOB: 1947). RUSSELL had in his possession a Bahamian passport and a United States Employment Authorization Card which were both issued to him. Queries of several federal indices indicated that RUSSELL had been previously deported on July 27, 2012, from the United States to the Bahamas. Criminal history and United States District Court for the Southern District of Florida records further reflect that prior to the defendant's aforementioned removal, that on January 16, 2004, that defendant Gerald Alexander RUSSELL (DOB: 1947) was convicted of Conspiracy to Possess With Intent to Distribute 500 Grams of More of Cocaine and Possession With Intent to Distribute 500 Grams or More Cocaine of Cocaine, in Case No. 03-60206-Cr-MARRA (SDFL).

6. Records contained within RUSSELL's Alien file, which is the receptacle for all information maintained by ICE about an alien, revealed that RUSSELL is a native and citizen of the Bahamas who was ordered removed from the United States on March 13, 2012. A biometrics comparison revealed a positive match between the individual in custody and the one that had been previously deported by ICE referencing the name Gerald Alexander RUSSELL and FBI # 111824EA3.

7. On September 7, 2012, defendant RUSSELL was landed by federal law enforcement personnel in the vicinity of Burt Reynolds Park, which your affiant knows to

2

be located within Palm Beach County and the Southern District of Florida. On September 7, 2012, Homeland Security Investigations Special Agent (S/A) Jon Longo interviewed Gerald Alexander RUSSELL. After waiving his <u>Miranda</u> Rights, RUSSELL stated to S/A Longo that he had been deported from the United to the Bahamas on July 27, 2012. He stated that he knew the vessel that he was found on was coming to the United States, that he wanted to come to the United States, and that he was unauthorized to enter the United States without first seeking permission from United States Immigration officials.

8. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Gerald Alexander RUSSELL with violating Title 8, United States Code, Sections 1326(a)(2) and 1326(b)(2), that is, Attempted Re-Entry of a Removed Alien (Aggravated Felon).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Special Agent Jon Longo
United States Immigration and Customs Enforcement
Homeland Security Investigations

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 12TH DAY OF
SEPTEMBER, 2012, AT WEST PALM
BEACH, FLORIDA.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8365-WM

UNITED STATES OF AMERICA

vs.

GERALD ALEXANDER RUSSELL,

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
John.McMillan@usdoj.gov